**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SULIMAN ALHAYEK,<br><br>        Petitioner,<br><br>        v.<br><br>SANTACRUZ JR., *et al.*,<br><br>        Respondents. | Case No. 5:26-cv-00947-SVW-ACCV<br><br>**ORDER ACCEPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court respectfully disagrees with the analysis of the Report and Recommendation, particularly the analysis that the burden-shifting framework of *Zadvydas v. Davis*, 533 U.S. 678 (2001) categorically does not apply when a petitioner has been issued a final order of removal, detained, and subsequently released under an Order of Supervision.

On the contrary, the Court finds that *Zadvydas* does control in this case with respect to Petitioner's due process challenge. Under *Zadvydas* burden-shifting, seeing that Petitioner's detention has exceeded six months, the government bears the burden of

establishing that removal will be effected in the reasonably foreseeable future. The Court agrees that the government has not met its burden, and, particularly in light of the fact that the government offers no objections, the Court accepts the ultimate disposition of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus is issued requiring Respondents to immediately release Petitioner Suliman Alhayek (A# 246-923-231), subject to the conditions of his prior Order of Supervision ("OSUP"), and preventing Petitioner's re-detention unless Respondents obtain a travel document for his removal and provided him adequate notice, an interview, and an opportunity to be heard; (3) Respondents are ordered to file a status report within three days following Petitioner's release to confirm that Petitioner has been released from custody; and (4) Respondents are prohibited from transferring Petitioner outside the District during the resolution of this Petition.

DATED: June 24, 2026

HON. STEPHEN V. WILSON
United States District Judge

2