JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SULIMAN ALHAYEK, | Case No. 5:26-cv-00947-SVW-ACCV |
| Petitioner, | **JUDGMENT** |
| v. | |
| SANTACRUZ JR., *et al.*, | |
| Respondents. | |

Pursuant to the Order Accepting Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings.

DATED:  June 24, 2026

_____
HON. STEPHEN V. WILSON
United States District Judge